**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00370-CV

**TIERONE CONVERGED NETWORKS, INC., Appellant**

**V.**

**LAVON WATER SUPPLY CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. 005-00055-2013**

## ORDER

Before the Court is appellee's June 19, 2013 motion to dismiss the appeal for want of prosecution. On June 21, 2013, this Court granted appellant's motion for an extension of time to file a brief. Appellant filed its brief on June 28, 2013. Accordingly, we **DENY** appellee's motion.

Appellee's brief is due on or before Monday, July 29, 2013.

/s/     DAVID LEWIS
JUSTICE